```
                                           CLERK'S OFFICE U.S. DIST COURT
                                                 AT ROANOKE, VA
                                                      FILED

                                                  AUG 10 2006
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA   JOHN F. CORCORAN, CLERK
                   ROANOKE DIVISION           BY:
                                                     DEPUTY CLERK
```

LUIS M. NARVAEZ, )
    Petitioner, ) Civil Action No. 7:06-cv-00469
)
v. ) **FINAL ORDER**
)
WARDEN TERRY O'BRIEN ) By: Hon. James C. Turk
    Respondent. ) Senior United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is

**DISMISSED**, and the action is hereby stricken from the active docket of the court.

ENTER: This 10th day of August, 2006.

          /s/ James C. Turk
          Senior United States District Judge

Dockets.Justia.com